IN THE UNITED STATES DISTRICT COUT
FOR THE DISTRICT OF NEW MEXICO

MELISSA SHERMELLE DUPRE,

    Plaintiff,

vs.                                                Civ. No. 23-124  DHU/JFR

MARTIN O'MALLEY, Commissioner,
Social Security Administration,

    Defendant.

**ORDER OVERRULING OBJECTIONS AND ADOPTING**
**THE MAGISTRATE JUDGE'S PROPOSED FINDINGS**
**AND RECOMMENDED DISPOSITION**

The Magistrate Judge filed his Proposed Findings and Recommended Disposition ("PFRD") on December 7, 2023.  Doc. 27.  The PFRD notified the parties of their ability to file objections within fourteen days, and that failure to do so waived appellate review.  *Id.* at 17.  On December 20, 2023, Plaintiff filed objections to the PFRD.  Doc. 28.  After moving and being granted an extension of time to respond, on January 12, 2024, Defendant filed his Response to Plaintiff's Objections to the Magistrate Judge's PFRD.  Doc. 31.

Pursuant to Fed. R. Civ. P. 72(b), the Court has conducted a *de novo* review of the record and all parts of the Magistrate Judge's PFRD that have been properly objected to.  After conducting this *de novo* review and having thoroughly considered the Magistrate Judge's PFRD and the objections, the Court finds no reason either in law or fact to depart from the Magistrate Judge's recommended disposition.

    **IT IS THEREFORE ORDERED AS FOLLOWS**:

    1.        Plaintiff's objections are **OVERRULED;**

  2. The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 27) are **ADOPTED**; and

  3. Plaintiff's Motion for Remand (Doc. 18) is **DENIED** and the Administration's findings are **AFFIRMED.**

_____
HON. DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE